**Appeal Ordered Withdrawn and Opinion issued October 21, 1999**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-99-01738-CR

### RONNIE MACK, Appellant

### V.

### STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F98-02258-J

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-01738-CR    Date Filed: 10/19/1999

Style:  Mack, Ronnie L.
        v.
        The State of Texas

Trial Judge:
Trial Court Reporter:
Trial Court:        CRIMINAL DISTRICT COURT # 3  Trial County:        DALLAS

APP   Terri Hamby
      ATT 000785935
      Attorney at Law
      397 Dal-Rich Village
      Suite 207
      Richardson, TX 75080
      Phone 972/661-9673
      Fax 972/934-8739

STA   Kerry P. Fitzgerald
      ATT 007088000
      Assistant District Attorney
      Frank Crowley Courts Bldg
      133 N. Industrial Blvd. LB 19
      Dallas, TX 75207
      Phone 214/653-3600
      Fax   /  -